Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000374
02-JAN-2014
08:14 AM

NO. CAAP-13-0000374

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL HOME LOAN MORTGAGE CORPORATION,
Plaintiff-Appellee
v.
AILYN T. OUNYOUNG and SAMRIT OUNYOUNG,
Defendants-Appellants
and
HIWAHIWA HALE FOUNDATION, LLC, et al.,
Defendants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(DC CIVIL NO. 3RC-11-1-00713K)

ORDER APPROVING THE DECEMBER 20, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation of Voluntary Dismissal of Appeal and Order, filed December 20, 2013, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule (HRAP) 42(b), and agree to bear their own costs and attorneys' fees on appeal; (3) the appeal has not been docketed; and (4) dismissal is warranted under HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawai'i,  January 2, 2014.


Chief Judge


Associate Judge


Associate Judge